No. 88–605. WEBSTER, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* REPRODUCTIVE HEALTH SERVICES ET AL. C. A. 8th Cir. [Probable jurisdiction noted, 488 U. S. 1003.] Motion of Robert Packwood et al. for leave to participate in oral argument as *amici curiae,* for divided argument, and for additional time for oral argument denied.

No. 88–5890. IN RE MCDONALD. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [489 U. S. 180] denied.

No. 88–6855 (A–773). IN RE CAMPBELL. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of mandamus and/or prohibition denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of mandamus and/or prohibition.

(See also No. 87–980, *ante,* at 41, n. 15.)

No. 88–931. CRANDON ET AL. *v.* UNITED STATES; and
No. 88–938. BOEING CO., INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.